IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHEILA WARNER, <br><br> *Plaintiff*, <br><br> v. <br><br> HAYDEN HESTER, *et al*, <br><br> *Defendant*. | § § § § § § § § § § § § § § CASE NO. 2:22-CV-00470-RWS-RSP |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Sheila Warner and Hayden Hester and Victualic Company. (**Dkt. No. 68**) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action **WITH PREJUDICE**. (*Id.* at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 21st day of October, 2024.**

*[signature: Roy S. Payne]*
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE